IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

  vs.           :   CIVIL NO:  C-1-00-497
                                     JUDGE SPIEGEL
                                     MAGISTRATE JUDGE HOGAN

**TISHA R. CRUTCHER,**

    **Defendant.**

### SATISFACTION OF JUDGMENT

    The judgment in the above-entitled case having been paid or otherwise settled through compromise, the Clerk of the United States District Court for the Southern District of Ohio is hereby authorized and empowered to cancel said judgment of record.

                                                      GREGORY G. LOCKHART
                                                      United States Attorney

                                                      s/Deborah F. Sanders
                                                      DEBORAH  F. SANDERS  #0043575
                                                      Assistant United States Attorney
                                                      303 Marconi Blvd., Suite 200
                                                      Columbus, Ohio  43215
                                                      (614) 469-5715

### CERTIFICATE OF  SERVICE

I hereby certify that on October 19, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and I hereby certify that I have mailed by United States Postal Service the document to Tisha R. Crutcher, 26 East Rochelle Street, #2, Cincinnati, Ohio 45237.

                                                    s/Deborah F. Sanders
                                                    Deborah F. Sanders (0043575)
                                                    Assistant United States Attorney